**Order entered May 21, 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00239-CV

**ECO PLANET, LLC AND M. JAMAL MEZANAZI, Appellants**

**V.**

**ANT TRADING AND THABED AKEED, Appellees**

**On Appeal from the 95th District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-03276**

## ORDER

Before the Court is appellants' May 17, 2019 motion for leave to extend time to file brief tendered. The motion was filed in response to a postcard from the Court informing them their brief, filed May 13, 2019, was late.

As appellants' brief was due May 13th, the postcard was sent by mistake, and the brief was timely filed. *See* TEX. R. APP. P. 4.1(a). Accordingly, we **DENY** the motion as moot. *See* TEX. R. APP. P. 4.1(a).

/s/    ERIN A. NOWELL
        JUSTICE